No. 04–10171. JONES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–10174. BELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10175. ASHE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–10179. PALACIOS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10180. BROWN v. CRAWFORD, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–1020. MEDIA GENERAL, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;
No. 04–1033. NATIONAL ASSOCIATION OF BROADCASTERS v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;
No. 04–1036. TRIBUNE CO. ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;
No. 04–1045. NEWSPAPER ASSOCIATION OF AMERICA ET AL. v. FEDERAL COMMUNICATIONS COMMISSION ET AL.;
No. 04–1168. FEDERAL COMMUNICATIONS COMMISSION ET AL. v. PROMETHEUS RADIO PROJECT ET AL.; and
No. 04–1177. SINCLAIR BROADCAST GROUP, INC. v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions. Reported below: 373 F. 3d 372.

No. 04–1342. PADILLA v. HANFT, UNITED STATES NAVY COMMANDER, CONSOLIDATED NAVAL BRIG. C. A. 4th Cir. Certiorari before judgment denied.

No. 04–1367. CINTRON PARRILLA ET VIR v. ELI LILLY INDUSTRIES, INC., ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 04–1469. CHIECO v. WILLIS & GEIGER ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.